pellate Division, Third Department. December 28, 1911.) Action by Peter J. McManus, as trustee of the estate of William H. Beck, bankrupt, against the H. C. Murcereau Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

McMULLEN v. ARBUCKLE et al. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Daniel McMullen against John Arbuckle and others. No opinion. Judgment and order unanimously affirmed, with costs.

MACOY PUBLISHING & MASONIC SUPPLY CO., Respondent, v. ALLEN PUB. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) Action by the Macoy Publishing & Masonic Supply Company against the Allen Publishing Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

McWALTERS, Respondent, v. TIDE WATER BUILDING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by James McWalters against the Tide Water Building Company. No opinion. Order affirmed, with $10 costs and disbursements.

MALONEY, Respondent, v. HUDSON RIVER WATER POWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Thomas Maloney against the Hudson River Water Power Company.

PER CURIAM. Judgment and order reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event. See, also, 133 App. Div. 499, 117 N. Y. Supp. 601.

BETTS, J., dissents.

MANEVITZ, Respondent, v. AVERELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) Action by Abe Manevitz against George W. Averell.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

JENKS, P. J., and CARR, J., dissent.

MANEVITZ, Respondent, v. AVERELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Abe Manevitz against George W. Averell. No opinion. Motions denied, without costs. See, also, supra.

MANSER, Respondent, v. ASTORIA VENEER MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. No-

vember 28, 1911.) Action by Rudolph Manser, an infant, by John Manser, his guardian ad litem, against the Astoria Veneer Mills. No opinion. Motion denied, without costs. See, also, 131 N. Y. Supp. 729.

MANUFACTURERS' NAT. BANK, Respondent, v. PAUL et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by the Manufacturers' National Bank against Charles Paul and another.

PER CURIAM. Order affirmed, without costs.

SMITH, P. J., and SEWELL, J., dissent.

MARCELL, Appellant, v. YOUNG, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Frank L. Marcell, as administrator, etc., of Frank L. Marcell, Jr., deceased, against Mary A. Young. No opinion. Judgment and order unanimously affirmed, with costs.

MARIKOVICTS, Respondent, v. MARINO, Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Eik Marikovicts against James Marino. No opinion. Judgment and order unanimously affirmed, with costs.

MARONEY v. HUTTON et al. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by James J. Maroney against Edward F. Hutton and others. In the matter of the application of Warren H. Spurge. No opinion. Order affirmed, with $10 costs and disbursements.

MARRA, Respondent, v. RAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Antonio Marra against George A. Ray. No opinion. Judgment and order affirmed, with costs.

MARSTIN v. MARSTIN. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Cecil Marstin against Almerin Marstin. No opinion. Motion granted, with $10 costs. Order filed.

MARTIN, Respondent, v. JOHN MARSELLUS MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Frederick J. Martin against the John Marsellus Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

MASON, Respondent, v. BUFFALO DREDGING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by John H. Mason against the Buffalo Dredging Company.